MANATT, PHELPS & PHILLIPS, LLP
Phillip R. Kaplan (Bar No. CA 76949)
E-mail: PKaplan@manatt.com
695 Town Center Drive, 14th Floor
Costa Mesa, CA 92626
(714) 371-2500 Telephone
(714) 371-2550 Facsimiles

Christian E. Baker (Bar No. CA 247006)
E-mail: CBaker@manatt.com
One Embarcadero Center, 30th Floor
San Francisco, California 94111
Telephone: (415) 291-7400
Facsimile: (415) 291-7474

Attorneys for Defendant
MEDBOX, INC.

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| IN RE MEDBOX, INC. DERIVATIVE LITIGATION | Base File No. 3:15-CV-00147-LRH-WGC |
|---|---|
| | <u>DERIVATIVE ACTION</u> |
| | **NOTICE OF SETTLEMENT** |
| | Judge: Hon. Larry R. Hicks |
| | Date of Filing Consolidated Class Action Complaint: August 25, 2015 |

MANATT, PHELPS &
PHILLIPS, LLP
ATTORNEYS AT LAW
LOS ANGELES

NOTICE OF SETTLEMENT

TO THE COURT, ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE THAT after the Consolidated Complaint was filed on August 25, 2015 and the Court extended the time upon which Medbox must answer or otherwise respond to the Consolidated Complaint to December 4, 2015, counsel for Plaintiffs and counsel for Medbox, as well as nearly all of the former and current officers and/or directors named as individual defendants in the Consolidated Complaint, attended an early mediation of Plaintiffs' claims on October 16, 2015 before Honorable Layn R. Phillips. At the October 16, 2015 mediation, a binding Memorandum of Understanding was signed wherein the parties agreed to settle all claims in the above-entitled action. The parties are currently working together to draft a Stipulation and Agreement of Settlement that will be filed in the related action *Jones v. Marsala, et al.*, pending in the United States District Court for the Central District of California, Case No. 2:15-cv-04170-BRO-JEM (the "*Jones* Action"), on or before December 18, 2015, and will provide for the sequence of steps required for notice to shareholders and final Court approval of the settlement terms in the *Jones* Action. Plaintiffs will then dismiss the above-referenced action within ten (10) business days of the date that a judgment becomes final in the *Jones* Action.

The parties therefore respectfully request that the Court vacate all pending dates for the above-entitled action pending the Court's approval of the settlement terms and entry of a final judgment in the *Jones* Action.

Dated: December 1, 2015            HARWOOD FEFFER LLP

By: /s/ Matthew M. Houston
Matthew M. Houston
*Lead Counsel for Lead Plaintiffs*

MANATT, PHELPS &
PHILLIPS, LLP
ATTORNEYS AT LAW
LOS ANGELES

NOTICE OF SETTLEMENT

| | |
|---|---|
| Dated: December 1, 2015 | MANATT, PHELPS & PHILLIPS, LLP<br><br>By: *Christian E. Baker/Tom*<br>Phillip R. Kaplan<br>Christian E. Baker<br>*Attorneys for Defendant*<br>MEDBOX, INC. |

315585638.1

MANATT, PHELPS & PHILLIPS, LLP
ATTORNEYS AT LAW
LOS ANGELES

2

NOTICE OF SETTLEMENT