UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| IN RE MEDBOX, INC. DERIVATIVE LITIGATION | Base File No. 3:15-CV-00147-LRH-WGC <br><br> <u>DERIVATIVE ACTION</u> <br><br> **ORDER GRANTING REQUEST TO VACATE ALL PENDING DATES (FIRST REQUEST)** <br><br> Judge:   Hon. Larry R. Hicks <br><br> Date of Filing Consolidated Class Action Complaint: August 25, 2015 |

**ORDER**

Having reviewed and considered the parties' Notice of Settlement and request to vacate all pending dates until entry of a final judgment in *Jones v. Marsala, et al.*, pending in the United States District Court for the Central District of California, Case No. 2:15-cv-04170-BRO-JEM, ("Notice and Request"), and good cause appearing therefor, the Court ORDERS as follows:

1. The Notice and Request is GRANTED;

2. Pending the Court's approval of the settlement terms and entry of a final judgment in *Jones v. Marsala, et al.,* captioned above, all pending dates for the above-entitled action are hereby VACATED.

IT IS SO ORDERED.

DATED this 16th day of December, 2015.

_____
Hon. Larry R. Hicks,
United States District Court Judge

2