UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

| | |
|---|---|
| IN RE MEDBOX, INC. DERIVATIVE LITIGATION, | Base File No. 3:15-CV-00147-LRH-WGC<br><br>DERIVATIVE ACTION<br><br>ORDER REQUESTING STATUS REPORT |

On December 16, 2015, the court entered an order (ECF No. 19) in which it vacated all pending dates in this matter pending the approval and entry of a final judgment in *Jones v. Marsala, et al.*, Case No. 2:15-cv-04170-BRO-JEM, in the United States District Court for the Central District of California. It having come to the court's attention that the order and final judgment in *Jones v. Marsala, et al.* was entered on March 3, 2017, and good cause appearing,

IT IS HEREBY ORDERED that the parties shall file, either jointly or separately, a status report within thirty (30) days of the entry of this order. Such report should fully inform the court regarding the status of this action.

IT IS SO ORDERED.

DATED this 17th day of March, 2017.

_____
LARRY R. HICKS
UNITED STATES DISTRICT JUDGE